An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL JAMES BETTS,
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
LINCOLN,
Respondent.

No. 62017

**FILED**

AUG 2 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original proper person petition for a writ of mandamus or prohibition, asserting that the prison's law library supervisor has denied petitioner access to the courts by refusing petitioner carbon paper and that the district court has declined to order that his copy credit limit be increased. Petitioner asks this court to either direct that he be extended additional credit to make copies or require the law library supervisor to provide him with carbon paper.

While we are concerned by petitioner's allegation that he has been denied carbon paper, *see* AR 722.01(7)(E) (stating that inmates generally should be provided carbon paper when it is requested for legal purposes, although the Warden may place restrictions on its issuance for security purposes), we conclude that petitioner has not demonstrated that extraordinary relief is warranted in this situation. *See D.R. Horton, Inc. v. Eighth Judicial Dist. Court*, 123 Nev. 468, 474, 168 P.3d 731, 736 (2007) (explaining that "[w]rits of mandamus and prohibition are extraordinary remedies"); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (providing that the petitioner bears the burden of

13-24721

"demonstrating that extraordinary relief is warranted"). We therefore deny the writ petition. *See* NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that the decision to issue writ relief is within this court's discretion).

It is so ORDERED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Michael James Betts
Attorney General/Carson City
Lincoln County Clerk

---

[1]We direct the clerk of this court to file petitioner's motion to extend the prison copywork limit, provisionally received in this court on August 7, 2013. Having considered the motion, in light of this order, we deny it as moot.